UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONGXIAO YUE,

        Plaintiff,

    v.

GAOGAO HAN, et al.,

        Defendants.

Case No.  15-cv-03463-HSG

**ORDER GRANTING DEFENDANT'S MOTION TO APPEAR BY TELEPHONE**

**RE: DKT. NO. 60**

Defendant's motion to appear by telephone is **GRANTED**.  Defendant Gaogao Han shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Dated:  June 7, 2016

HAYWOOD S. GILLIAM, JR.
United States District Judge