Gaogao Han
Building 38, Suite B111
Dongbazhonglu, District Chaoyang
Beijing, P. R. China
Telephone: (010) 6545-8221
SELF-REPRESENTED

# UNITED STATES DISTRICT COURT
## NORTHEN DISTRIC OF CALIFORNIA

DONGXIAO YUE

          Plaintiff,

v.

GAOGAO HAN, et al.

          Defendants

GAOGAO HAN

          Counter-Claimant,

v.

DONGXIAO YUE

          Counterclaim Defendant

CASE NUMBER:  315-cv-03463-HSG

**MOTION FOR DEFENDANT TO REQUEST TO FILE THE SECOND AMENDED ANSWER AND COUNTERCLAIMS**

Judge: The Honorable Haywood S. Gilliam, Jr.

     Defendant Gaogao Han respectfully requests the court to permit Defendant to file the second Amended Answer and Counterclaim.

     Defendant filed an Amended Answer and Counterclaim on July 15, 2016 (dkt. 81), and then filed another Amended Answer and Counterclaim (dkt. 84) today to correct some typo and make some statement clearer.

Plaintiff just sent an email to Defendant, suggesting that "Please note that 'A party may amend its pleading once as a matter of course'. You already amended your answer once (Docket 81). For the second amendment, you will have to seek approval of the court. See FRCP 15."

Defendant hereby respectfully requests the court to approve Defendant to file the second Amended Answer and Counterclaim, or to retrieve the first Amended Answer and Counterclaim on dkt. 81 and permit the new filed dkt. 84 as the Amended Answer and Counterclaim.

In fact, the meaningful changes in the new Amended Answer and Counterclaim (dkt. 84) are major two:

1. In the counterclaim ¶62, the last second sentence should be ending as "resulting in **Yue**' unjust enrichment", instead of "resulting in **Han**' unjust enrichment".

2. In the counterclaim ¶43, modified as below:

   43. On April 26, 2016, Yue wrote a blog 《How far will Han go in his perjury road》 and stated "In han's declaration, I just have a look, 'Han is obviously trying to do perjury and fraud'". In fact, Han just indicated a fact in his reply that "Plaintiff hided a critical important fact, the email [his YAHOO email on February 5, 2016] also failed. … because the beneath email admin@hanshan.info physically does NOT exist." (dkt 51, page 6, paragraph 2~4) and give a test example "I made a test myself, …" (dkt 55, Han Decl. 21) to demonstrate the fact.

Dated: July 16, 2016

_____/s/_____
By:    GAOGAO HAN
SELF-REPRESENTED

Gaogao Han's the Second Answer and Counterclaim