UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGXIAO YUE,<br><br>  Plaintiff,<br><br>  v.<br><br>GAOGAO HAN, et al.,<br><br>  Defendants. | Case No. 15-cv-03463-HSG<br><br>**SCHEDULING ORDER** |

The Court held a case management conference on July 19, 2016. The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil L.R. 16-10:

| Event | HSG Proposal |
|---|---|
| Deadline to File Joint Status Report on Early Neutral Evaluation Process | September 19, 2016 |
| Deadline to Amend Pleadings | November 15, 2016 |
| Close of Fact Discovery | December 22, 2016 |
| Exchange of Opening Expert Reports | January 12, 2017 |
| Exchange of Rebuttal Expert Reports | January 26, 2017 |
| Close of Expert Discovery | February 9, 2017 |
| Last Day to Hear Dispositive Motions | March 23, 2017 at 2:00 pm |
| Pretrial Conference | May 16, 2017 at 3:00 pm |
| Jury Trial | May 30, 2017 at 8:30 am — 3 days |

These dates may only be altered by order of the Court and only upon a showing of good cause.  The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated:   July 21, 2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge