Gaogao Han
Building 38, Suite B111
Dongbazhonglu, District Chaoyang
Beijing, P. R. China

中国北京市朝阳区东坝中路 38-B111

韩高高 (收)

Telephone: (010) 6545-8221
SELF-REPRESENTED

# UNITED STATES DISTRICT COURT
# NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGXIAO YUE | CASE NUMBER: 4:15-cv-3463- HSG (KAW) |
| Plaintiff, | ~~[PROPOSED]~~ ORDER GRANTING MOTION AS MODIFIED |
| v. | |
| GAOGAO HAN, Hanshan.co, hanshan.info | |
| Defendants. | |

**IT IS ORDERED** that:

Defendants TO APPEAR BY TELEPHONE is Granted'"CU'O QF KHGF .

Defendant shall appear via videoconference using Skype. The Court will contact him to schedule a test session prior to the settlement conference date.

Dated: 3/15/17

_____
UNITED STATES MAGISTRATE JUDGE
HONORABLE KANDIS A. WESTMORE

2